Case 1:25-mj-00147-MAU   Document 1-1

Case: 1:25-mj-00147
Assigned To: Judge Upadhyaya. Moxila A.
Assign. Date: 8/18/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1. On August 17, 2025, at approximately 2:50 PM, your Affiant, Officer Michael Reynolds of the United States Park Police ("USPP"), was conducting a routine patrol around Anacostia Drive and Popular Point in Washington, D.C. Your Affiant noticed a black Chevy Impala bearing Maryland temporary tags that was parked illegally by having its left wheel to the curb on a two-way street. As your Affiant was driving to turn around, your Affiant observed Mustafa Wright ("WRIGHT"), enter the vehicle and drive away. Your Affiant drove behind the vehicle and ran its tag, which came back expired as of June 29, 2025. Your Affiant proceeded to initiate a traffic stop.

2. Your Affiant approached the vehicle, and WRIGHT provided his driver's license, but was unable to provide valid registration or insurance. Your Affiant confirmed the tags were expired and requested a tow truck to impound the vehicle in accordance with USPP policy.

3. Your affiant conducted an inventory search of the vehicle pursuant to USPP policy and recovered a firearm from a black cross body satchel located in the rear passenger area of the car. As your Affiant returned to WRIGHT to detain WRIGHT pending a firearms investigation, WRIGHT fled on foot. Your Affiant gave loud verbal commands to WRIGHT to stop running or that WRIGHT would be tased. WRIGHT continued to flee, and your Affiant deployed his taser. Although the taser was unsuccessful, WRIGHT stopped running and was placed under arrest.

4. The recovered firearm was a Glock 17 9mm pistol, bearing serial number ABPV999, loaded with one round of 9mm ammunition in the chamber and 22 additional rounds in the 31 round capacity magazine.

5. Your Affiant is aware that, at the time of his arrest, WRIGHT had previously been convicted of a crime punishable by more than one year in prison, specifically in Prince George's

County, Maryland Case Number CT131114A, where in 2014, WRIGHT was convicted of First Degree Burglary and sentenced to 15 years' incarceration. Accordingly, WRIGHT would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

6. Your Affiant is aware there are no firearm, or ammunition manufacturers in the District of Columbia, and therefore, the firearm and ammunition would have necessarily traveled in interstate commerce.

7. As such, your Affiant respectfully submits that there is probable cause to find that, on August 17, 2025, in the District of Columbia, MUSTAFA WRIGHT committed the offense of Unlawful Possession of a Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

_____
Officer Michael Reynolds
United States Park Police

SWORN AND SUBSCRIBED TO ME ON AUGUST 18, 2025.

_____
Moxila A. Upadhyaya
United States Magistrate Judge